**Order entered April 30, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01583-CV

## DALLAS MEDICAL CENTER, LLC, ET AL, Appellants

## V.

## MOLINA HEALTHCARE OF TEXAS, INC., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06920**

### ORDER

As ordered to do so, appellants have filed written verification of payment for the reporter's record. Accordingly, we **ORDER** court reporter Vielica Dobbins to file the reporter's record no later than May 15, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.

/s/    BILL WHITEHILL
        JUSTICE